1
 GeneDx, Inc., a New Jersey corporation; GeneDx, LLC, a Non-Maryland limited liability company; Katelyn Beattie, MSG, CGC; Amanda Lindy, FACMG, PhD; Children's Hospital of Colorado, a Colorado nonprofit corporation; Alison Ballard, RN, CPNP; Melissa Gibbons, MS, Genetic Counselor; Lisa McCown, MS, Genetic Counseling Graduate Student; and University of Colorado Hospital Authority located at Anschutz Campus, Petitioners/Cross-Respondents v. Secily Maldonado, individually, and as next friends, natural parents, and guardians of their son JAC, a minor, and their daughter JMC, a minor child; John Anthony Carcanaques, individually, and as next friends, natural parents, and guardians of their son JAC, a minor, and their daughter JMC, a minor child; J.A.C., individually by and through their guardians and custodians Secily Maldonado and John Anthony Carcanaques; and J.M.C., individually by and through their guardians and custodians Secily Maldonado and John Anthony Carcanaques, Respondents/Cross-Petitioners: No. 24SC785
Supreme Court of Colorado
June 9, 2025
 
           Court
 of Appeals Case No. 23CA2092
 
 
 
          Petition
 and Cross-Petition for Writ of Certiorari DENIED.
 
 
          EN
 BANC.